IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES W. MILLNER,** | Case No. 2:19-cv-01311-JAM-DMC |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT FRAUENHEIM,** | |
| Respondent. | |

Good cause having been shown, respondent's request to appear telephonically for the hearing on the motion to dismiss scheduled for December 11, 2019, at 10:00 a.m. is granted. Respondent may appear by Court Call.

Dated: December 5, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE