**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES W. MILLNER, | No. 2:19-CV-1311-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's counsel, who is located in San Diego, California, seeks leave to appear telephonically at the hearing on respondent's motion to dismiss, set for December 11, 2019, before the undersigned in Redding, California, at 10:00 a.m. Good cause appearing therefor, counsel's request is granted. Counsel may arrange her appearance through CourtCall.

IT IS SO ORDERED.

Dated: December 9, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE