# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. MILLNER, | No. 2:19-CV-1311-JAM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 11, 2019, the court heard arguments on respondent's motion to dismiss. Central to the issues presented is the trial testimony of Adam Millner, petitioner's son. Respondent is directed to lodge with the court within 15 days from the date of this order all portions of the state court record containing Adam Millner's trial testimony, including direct and cross-examination. Thereafter, respondent's motion to dismiss will stand submitted.

IT IS SO ORDERED.

Dated: December 12, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE